

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00263-CV

**IN RE** Melissa **BARON**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
              Beth Watkins, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: July 21, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relator filed a petition for writ of mandamus and motion for temporary relief. We have the power to issue writs of mandamus when "agreeable to the principles of law regulating those writs." TEX. GOV'T CODE § 22.221(b). For mandamus, a relator has the burden to file a petition and record showing "the trial court abused its discretion and that no adequate appellate remedy exists." *In re H.E.B. Grocery Co.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam). Having reviewed the petition and the record, we conclude relator has not satisfied this burden. Furthermore, the petition's appendix and the mandamus record contain documents using a minor child's full name. Accordingly, the petition and motion for temporary relief are denied, and the appendix and record are stricken. *See* TEX. R. APP. P. 9.9(a)(3), 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2019-CI-22171 pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Aaron Haas presiding.